Nos. 24-5918/5919/25-5424

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 15, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| GLENN WHITING, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) O R D E R |
| CITY OF ATHENS, TENNESSEE (24-5918/5919); MIKE KEITH AND BRANDON AINSWORTH (24-5918); STEVE SHERLIN (24-5919), | ) |
| | ) |
| Defendants-Appellees, | ) |
| GLENN WHITING (25-5424), | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| VAN IRION (25-5424), | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF ATHENS, TENNESSEE; SETH SUMNER; BO PERKINSON; BRANDON AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB CARDIN; TYLER HICKS; OFFICER TOM GARLAND (25-5424), | ) |
| | ) |
| Defendants-Appellees. | ) |

**BEFORE:** STRANCH, BUSH, and MURPHY, Circuit Judges.

The court received two petitions for rehearing en banc. The original panel has reviewed the petitions for rehearing and concludes that the issues raised in the petitions were fully considered upon the original submission and decision of the cases. The petitions then were circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petitions are denied.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk