# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 12, 2026

Mr. Van R. Irion
Law Offices
800 S. Gay Street
Suite 700
Knoxville, TN 37929

Re: Case No. 24-5918/24-5919/25-5424
*Glenn Whiting v. City of Athens, TN, et al*
Originating Case No. 3:23-cv-00220

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

cc: Mr. Brian Robert Bibb
Mr. Russell Lee Egli
Mr. Daniel Roberts Pilkington
Mr. Philip Aaron Wells

Enclosure