Case No. 24-5918/24-5919/25-5424

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

24-5918/5919

GLENN WHITING,
Plaintiff - Appellant,

v.

CITY OF ATHENS, TENNESSEE (24-5918/5919); MIKE KEITH and BRANDON AINSWORTH (24-5918); STEVE SHERLIN (24-5919),
Defendants - Appellees.

_____

25-5424

GLENN WHITING,
Plaintiff - Appellant,

VAN IRION,
Appellant,

v.

CITY OF ATHENS, TENNESSEE; SETH SUMNER; BO PERKINSON; BRANDON AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB CARDIN; TYLER HICKS; OFFICER TOM GARLAND,

Defendants - Appellees.

Upon consideration of appellant's motion to reconsider pursuant to Sixth Circuit Rule 45(c) filed in Case Nos. 24-5918 and 24-5919,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: May 12, 2026